IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TIMOTHY INMAN,<br><br>Plaintiff,<br><br>-vs-<br><br>DEPUY SYNTHES, INC.; DEPUY ORTHOPAEDICS, INC.; MEDICAL DEVICE BUSINESS SERVICES, INC.; DEPUY SYNTHES PRODUCTS, LLC; SYNTHES USA PRODUCTS, LLC; JOHNSON & JOHNSON; and Does 1-10,<br><br>Defendants. | CV-22-84-BU-BMM<br><br>**ORDER** |

Defendants. have moved for an order allowing David L. Ferrera, Esq., to appear *pro hac vice* in this case with Maxon R. Davis, Esq., designated as local counsel.  (Doc. 17).  The application of Mr. Ferrera appears to be in compliance with L.R. 83.1(d).  **IT IS ORDERED**:

Defendants' motion to allow  Mr. Ferrera to appear in this Court (Doc. 17) is **GRANTED**, subject  to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Ferrera must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Ferrera, not the law firm he works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Mr. Ferrera must file, within fifteen (15) days from the date of this Order, an acknowledgment an acceptance of his admission under the terms set forth above.

DATED this 24th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court